IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON LETT,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, et al.,<br><br>　　　　Defendants. | CIVIL ACTION<br><br>NO. 19-3170-KSM |

## ORDER

**AND NOW**, this 10th day of February, 2022, upon consideration of Plaintiff Aaron Lett's Motion *in Limine* (Doc. No. 81) and Defendant SEPTA's opposition briefs (Doc. Nos. 98 & 102), it is **ORDERED** that the motion is **GRANTED.** For the reasons discussed in the accompanying Memorandum, Defendants are precluded from presenting evidence at trial of Lett's federal and state court convictions.

**IT IS FURTHER ORDERED** that upon consideration of Defendants' Motions *in Limine* (Doc. Nos. 82–85) and the parties' Stipulation Regarding Evidentiary Issues (Doc. No. 92), the motions are **DENIED AS MOOT.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　/s/*Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.