IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON LETT,<br><br>　Plaintiff,<br><br>　v.<br><br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, et al.,<br><br>　Defendants. | CIVIL ACTION<br><br>NO. 19-3170-KSM |

## ORDER

**AND NOW**, this 27th day of September, 2022, following a non-jury trial between March 1, 2022 and March 3, 2022, and upon consideration of the parties' Proposed Findings of Fact and Conclusions of Law (Doc. Nos. 124, 125), on the basis of the Court's Findings and Conclusions entered this date, it is **ORDERED** that:

1.　Judgment is **ENTERED** in favor of Plaintiff Aaron Lett, and against Defendant International Association of Sheet Metal, Air, Rail and Transportation Workers, Transportation Division, Local 1594, for $283,604.97.

2.　Plaintiff shall submit a calculation of the interest, if any, due on the appropriate components of the award contained in paragraph 1 by October 25, 2022. Defendant shall respond to Plaintiff's submission by November 15, 2022.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/*Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.