IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON LETT, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, LOCAL 1594, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 19-3170-KSM |

## ORDER

**AND NOW** this 22nd day of February, 2023, upon consideration of Defendant International Association of Sheet Metal, Air, Rail and Transportation Workers, Transportation Division, Local 1594 ("SMART")'s Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) (Doc. No. 31), Plaintiff's opposition brief (Doc. No. 32), and the arguments raised at oral argument on February 15, 2023, it is **ORDERED** that the motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**