IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON LETT,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, LOCAL 1594,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 19-3170-KSM |

## ORDER

**AND NOW**, this 22nd day of February, 2023, upon consideration of Plaintiff's Motion for Attorneys' Fees (Doc. No. 129), Defendant International Association of Sheet Metal, Air, Rail and Transportation Workers, Transportation Division, Local 1594 ("SMART")'s opposition brief (Doc. No. 134), and Plaintiff's reply brief (Doc. No. 135), and upon consideration of Plaintiff's Motion to Alter Judgment to Award Prejudgment Interest (Doc. No. 130), SMART's opposition brief (Doc. No. 133), the parties' supplemental calculations, and the arguments made during oral argument on February 15, 2023, it is **ORDERED** that:

1. Plaintiff's Motion for Attorneys' Fees (Doc. No. 129) is **GRANTED IN PART** and **DENIED IN PART**.

2. Plaintiff's Motion to Alter Judgment (Doc. No. 130) is **GRANTED IN PART** and **DENID IN PART**.

3.     The Judgment entered on September 27, 2022 (Doc. No. 127) is **AMENDED** to include:

- $19,982.88 in prejudgment interest on the back pay award,
- $328,733.10 in attorneys' fees,
- $5,295.91 in costs, and
- Post judgment interest accruing from the date of this Order at a rate of 4.97%.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.