IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON LETT,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, LOCAL 1594,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 19-3170-KSM |

## ORDER

**AND NOW**, this 8th day of May, 2023, the Court finds as follows:

1. Upon consideration of Plaintiff's Motion for Extension of Time to File Supplemental Fee Petition Nunc Pro Tunc (Doc. No. 144) and the parties' Stipulation (Doc. No. 155), it is **ORDERED** that the motion is **GRANTED.**

2. Upon consideration of Plaintiff's Motion to Amend/Correct Judgment Regarding Court's Calculation of Prejudgment Interest on the Back Pay Award (Doc. No. 146) and Defendant's opposition brief (Doc. No. 152), it is **ORDERED** that the motion is **DENIED.**

3.       Upon consideration of Plaintiff's Supplemental Petition for Attorneys' Fees (Doc. No. 145) and the parties' Stipulation (Doc. No. 155), it is **ORDERED** that the motion is **GRANTED.**   Plaintiff is awarded $47,687.50 in fees incurred in connection with post-trial litigation.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.